AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| CHEVRON CORP. and TEXACO PETROLEUM CO. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    26-2513 |
| THE REPUBLIC OF ECUADOR ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chevron Corporation and Texaco Petroleum Company                                            .

Date:      07/17/2026                                     /s/ Josef M. Klazen
                                                                                *Attorney's signature*

                                                          Josef M. Klazen (D.C. Bar No.1003749)
                                                                        *Printed name and bar number*

                                                                              Kobre & Kim LLP
                                                                              1919 M Street, NW
                                                                          Washington, D.C., 20036
                                                                                        *Address*

                                                                        josef.klazen@kobrekim.com
                                                                                  *E-mail address*

                                                                              (202) 664-1900
                                                                                *Telephone number*

                                                                              (202) 664-1920
                                                                                    *FAX number*