28 USC 1608 Summons
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Chevron Corporation and  Texaco Petroleum Company )
<br>
_Plaintiff_ )

)

v. )        Civil Action No.  26-2513

Republic of Ecuador )

)
<br>
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To:      _(Defendant's name and address)_

The Republic of Ecuador
PROCURADOR GENERAL DEL ESTADO
Av. Amazonas N39-123 y Arízaga, Quito, Ecuador
Tel: (+593-2) 294-1300

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Josef M. Klazen
Kobre & Kim LLP
1919 M Street NW,
Washington, D.C. 20036
josef.klazen@kobrekim.com
Tel: +1 (202) 664-1900

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: 7/20/2026 _____

/s/ Grace Kern
<br>
_Signature of Clerk or Deputy Clerk_

28 USC 1608 Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                  *Server's signature*

                                         _____
                                                  *Printed name and title*

                                         _____
                                                  *Server's address*

Additional information regarding attempted service, etc: