**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHEVRON CORPORATION and TEXACO PETROLEUM COMPANY, <br><br> *Petitioners,* <br><br> v. <br><br> THE REPUBLIC OF ECUADOR, <br><br> *Respondent.* | Civil Action No.: 26-2513 |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR *PRO HAC VICE* ADMISSION**

Upon consideration of the Motion for the Admission of Alyssa L. Aubuchon *pro hac vice* to appear before the Court in the above-captioned matter (the "Motion"), the accompanying supporting Declaration of Alyssa L. Aubuchon, and any other papers filed with respect to the Motion, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Alyssa L. Aubuchon be permitted to appear *pro hac vice* in the above-captioned cause.

Dated: July __, 2026

_____
Hon. John D. Bates
United States District Judge

Pursuant to Local Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Proposed Order:

**Attorneys for Petitioners**
**Chevron Corporation and**
**Texaco Petroleum Company**

Josef M. Klazen
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036

Steven G. Kobre
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036

Jeremy O. Bressman
KOBRE & KIM LLP
800 Third Avenue, Fl. 6
New York, NY 10022

Lydia L. Halpern
KOBRE & KIM LLP
800 Third Avenue, Fl. 7
New York, NY 10022

Alyssa L. Aubuchon
KOBRE & KIM LLP
800 Third Avenue, Fl. 7
New York, NY 10022

**Attorney for Respondent**
**The Republic of Ecuador**

PROCURADOR GENERAL DEL ESTADO
Av. Amazonas N39-123 y Arízaga, Quito, Ecuador