**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CHEVRON CORPORATION and TEXACO
PETROLEUM COMPANY,

*Petitioners*,

v.

THE REPUBLIC OF ECUADOR,

*Respondent*.

Civil Action No.: 26-2513

**MOTION FOR *PRO HAC VICE* ADMISSION**

Josef M. Klazen, Movant, and an attorney in good standing of the Bar of the U.S. District Court for the District of Columbia, comes now and moves for the admission of Jeremy O. Bressman *pro hac vice* as co-counsel for Petitioners Chevron Corporation and Texaco Petroleum Company (together, "Petitioners") in the above-captioned matter, pursuant to Local Civil Rule 83.2(d).   As support, Movant states that Movant is a member in good standing of the Bar of this Court and licensed to practice in the District of Columbia (D.C. Bar Number 1003749). Additionally, Movant states:

1.      Jeremy O. Bressman, of Kobre & Kim, 800 Third Avenue, New York, New York, 10022, (646) 448-6273, has membership and is in good standing of the Bar of the State of New York, the Bar of the State of Massachusetts, the U.S. Court of Appeals for Second Circuit, U.S. Court of Appeals for Third Circuit, U.S. Court of Appeals for Ninth Circuit, as well as the U.S. District Court for the Southern District of New York and the U.S. District Court for the Eastern District of New York.

2.      Mr. Bressman has never been denied "in good standing" status or been disciplined by any bar.

3.      In compliance with Local Civil Rule 83.2(d), Mr. Bressman's Declaration for Pro Hac Vice Admission is being filed alongside this motion.

Wherefore, Movant requests that Jeremy O. Bressman be admitted *pro hac vice* as counsel for the Petitioners in the above-captioned proceeding.   A proposed order is being submitted with this motion.

Dated:  July 20, 2026                                         Respectfully submitted,

                                                              /s/ *Josef M. Klazen*
                                                              Josef M. Klazen
                                                              (D.C. Bar Number 1003749)
                                                              Kobre & Kim LLP
                                                              1919 M Street NW,
                                                              Washington, DC, 20036
                                                              Phone: (202) 664-1900
                                                              josef.klazen@kobrekim.com

                                                              *Attorney for Petitioners*