**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| |
|---|
| CHEVRON CORPORATION and TEXACO PETROLEUM COMPANY, <br><br> *Petitioners*, <br><br> v. <br><br> THE REPUBLIC OF ECUADOR, <br><br> *Respondent*. |

Civil Action No. 1:26-cv-2513-JDB

## MOTION FOR ISSUANCE OF A LETTER ROGATORY PURSUANT TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

Petitioners Chevron Corporation ("Chevron") and Texaco Petroleum Company ("TexPet," together, "Petitioners"), by and through their undersigned attorneys, Kobre & Kim LLP, respectfully request that this Court issue a letter rogatory in the form attached hereto pursuant to the Inter-American Convention on Letters Rogatory,[1] directed to the appropriate authorities of the Republic of Ecuador ("Ecuador").

Pursuant to Rule 4(j)(1) of the Federal Rules of Civil Procedure and 28 U.S.C. Section 1608(a)(2), in the absence of a special arrangement for service between the plaintiff and a foreign state, service on a foreign state shall be made in accordance with an applicable international convention on the service of judicial documents.

The United States and Ecuador have both ratified the Inter-American Convention on Letters Rogatory and its Additional Protocol, which apply to the service of process. The

---

[1] Inter-American Convention on Letters Rogatory, adopted January 30, 1975 (in force January 16, 1976), available at https://www.oas.org/juridico/english/treaties/b-36.html. (last visited July 31, 2026).

Additional Protocol provides a form for letters rogatory (Form A), a form containing essential information for the person to be served (Form B), and a form Certificate of Execution (Form C).

Petitioners hereby respectfully request that the Court grant this Motion and sign the Proposed Order, attached hereto as Exhibit A, and the accompanying letter rogatory, attached hereto as Exhibit B.[2]  Petitioners further request that after this Court has signed the attached letter rogatory, the original be returned to the undersigned for transmittal to the United States Department of Justice (which serves as the Central Authority of the State of origin under the Inter-American Convention on Letters Rogatory).

---

[2] As reflected in the accompanying letter rogatory Forms, Petitioners intend to serve the following filed documents on Respondent along with a certified Spanish translation of each: Petition to Recognize Arbitration Award, Civil Cover Sheet, Proposed Summons, and Proposed Order (Dkt. 1); Memorandum of Law (Dkt. 2); Declaration of Wade Coriell and exhibits thereto (Dkt. 3); LCvR 26.1 Certificates of Disclosure for Petitioners (Dkts. 4, 5); and Summons issued July 20, 2026 (Dkt. 8).  Because the documents are voluminous (more than 3,000 pages, including translations), Petitioners do not attach them here but will provide them at the Court's request.

Dated: July 31, 2026
      Washington, D.C.

Respectfully submitted,

By: */s/ Josef M. Klazen*

Josef M. Klazen
D.C. Bar No. 1003749
josef.klazen@kobrekim.com
Steven G. Kobre
D.C. Bar No. 448923
steven.kobre@kobrekim.com
Jeremy O. Bressman (admitted *pro hac vice*)
jeremy.bressman@kobrekim.com
Lydia L. Halpern (admitted *pro hac vice*)
lydia.halpern@kobrekim.com
Alyssa L. Aubuchon (admitted *pro hac vice*)
alyssa.aubuchon@kobrekim.com
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036
Telephone: (202) 664-1900

*Attorneys for Petitioners Chevron*
*Corporation and Texaco Petroleum Company*

3