**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

CHEVRON CORPORATION and TEXACO
PETROLEUM COMPANY,

*Petitioners*,

v.

THE REPUBLIC OF ECUADOR,

*Respondent*.

Civil Action No. 1:26-cv-2513-JDB

### [PROPOSED] ORDER

Upon consideration of Petitioners Chevron Corporation's and Texaco Petroleum Company's (together, "Petitioners") Motion for Issuance of Letter Rogatory pursuant to the Inter-American Convention on Letters Rogatory, it is hereby:

**ORDERED** that Petitioners' Motion for Issuance of Letter Rogatory is **GRANTED**; and it is further

**ORDERED** that the original signed letter rogatory be returned to counsel for Petitioners for transmittal to the U.S. Department of Justice (the Central Authority of the State of Origin under the Inter-American Convention on Letters Rogatory).

**ORDERED** this _____ day of _____, _____.

By:

_____
Hon. John D. Bates
United States District Judge

Pursuant to Local Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Proposed Order:

**Attorneys for Petitioners**
**Chevron Corporation and**
**Texaco Petroleum Company**

Josef M. Klazen
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036

Steven G. Kobre
KOBRE & KIM LLP
1919 M Street NW
Washington, DC 20036

Jeremy O. Bressman
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

Lydia L. Halpern
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

Alyssa L. Aubuchon
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

**Attorney for Respondent**
**The Republic of Ecuador**

**PROCURADOR GENERAL DEL ESTADO**
Av. Amazonas N39-123 y Arízaga,
Quito, Ecuador

2