**U.S. Department of Justice**
United States Marshals Service



# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY₁

**1**

REQUESTING JUDICIAL OR OTHER
ADJUDICATORY AUTHORITY
Name
Hon. John D. Bates

Address
U.S. District Court for the District of Columbia
333 Constitution Ave N.W.
Washington, D.C. 20001

**2**

CASE:
Chevron Corp. et al v. Republic of Ecuador

DOCKET No.:
1:26-cv-2513-JDB

**3**

CENTRAL AUTHORITY OF
THE STATE OF ORIGIN
Name
U.S. Department of Justice

Address
Office of International Judicial Assistance
1100 L Street, NW, Room 8024
Washington, D.C. 20530

**4**

CENTRAL AUTHORITY OF
THE STATE OF DESTINATION
Name
Dirección de Asistencia Judicial Internacional y Movilidad Humana

Address
Ministerio de Relaciones Exteriores y
Movilidad Humana
Calle Carrion E1-76, y Av. 10 de Agosto

**5**

REQUESTING PARTY
Name
Chevron Corp. & Texaco Petroleum Co.

Address
1400 Smith Street
Houston, Texas 77002

**6**

COUNSEL TO THE REQUESTING PARTY
Name
Josef M. Klazen

Address
KOBRE & KIM LLP
1919 M Street, NW
Washington, D.C. 20036

---

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name
ABC Legal Services

Address
1099 Stewart St., Suite 700
Seattle, WA 98101

Is this person responsible for costs and
expenses?
YES ☒        NO ☐

\* If not, check in the amount of _____
   is attached

\* Or proof of payment is attached

---

1 Complete the original and two copies of this form; if A(l) is applicable, attach the original and two copies of the translation of this item
   in the language of the State of destination.
\* Delete if inapplicable.

-1-

Form USM-272
Est. 1/89

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

\* A. Requests their prompt service on:

Republic of Ecuador
c/o Procurador General del Estado
Av. Amazonas N39-123 y Arízaga, Quito, Ecuador

The undersigned authority requests that service be carried out in the following manner:

\*    (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or

N/A

\*    (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*    (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B. Requests the delivery of the documents listed below to the following judicial or administrative authority:
Authority:
N/A

\* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

Done at _____ this _____ date of _____ 20___

| _____ | _____ |
| Signature and stamp of the | Signature and stamp of the |
| judicial or other adjudicatory | Central Authority of the |
| authority of the State of origin | State of origin |

Title or other identification of each document to be delivered:
See Part III

(Attach additional pages, if necessary.)

\* Delete if inapplicable.

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN
CONVENTION ON LETTERS ROGATORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE[1]

To  (Name and address of the person being served)
Republic of Ecuador

c/o Procurador General del Estado, Av. Amazonas N39-123 y Arízaga, Quito, Ecuador

You are hereby informed that (Brief statement of nature of service)
A civil lawsuit has been commenced against you.
The specifics of the lawsuit are described in Part I and Part III

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

**ADDITIONAL INFORMATION
I \*
FOR SERVICE**

A. The document being served on you (original or copy) concerns the following:
   Petitioners have filed a petition to recognize and enforce an arbitration award pursuant to 9 U.S.C. § 201 et seq. and the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards.

B. The remedies sought or the amount in dispute is as follows:
   Petitioners seek the amount of the Track III Award, namely $216,190,460.27 plus post-award interest, costs including reasonable attorneys fees, and any other relief the Court considers just and proper.

C. By this service, you are requested:
   To serve responsive papers in the United States District Court for the District of Columbia no later than 60 days after service.  These papers must also be served on Josef M. Klazen, Kobre & Kim LLP, 1919 M Street, NW Washington, D.C. 20036.

D. \*  In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box I (State place, date and hour):

   See above item "C"

   \*  You are being summoned to appear as:

   Respondent

---

[1] Complete the original and two copies of this form in the language of the State of origin and two
   copies in the language of the State of destination.
\* Delete if inapplicable.

\*    If some other action is being requested of the person served, please describe:

_____

_____

_____

E. If you fail to comply, the consequences might be:
    A judgment against you for the full remedies sought in the petition._____

_____

_____

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending.

    Name: _Upon showing of need and at the discretion of the Court, counsel shall be appointed._____

    Address:_____

    _____

The documents fisted in Part III are being furnished to you so that you may better understand and defend your interests.

**II \***
**FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY**

To: _____

_____

_____

(Name and address of the judicial or administrative authority)

    You are respectfully requested to furnish the undersigned authority with the following information:

_____

_____

_____

The documents listed in Part III are being furnished to you to facilitate your reply.

_____

    \* Delete if inapplicable.

-4-

**III**
**LIST OF ATTACHED DOCUMENTS**

Petition to Recognize Arbitration Award, Civil Cover Sheet, Proposed Summons, Proposed Order (and translations); Memorandum of Law in Support of Petition to Recognize Arbitration Award (and translation); Declaration of Wade Coriell and exhibits thereto (and translations); LCvR 26.1 Certificates of Disclosure for Chevron Corp. and Texaco Petroleum Company (and translations); Summons issued July 20, 2026 (and translation).

(Attach additional pages if necessary.)

Done at _____ this _____ day

of _____ 20_____

_____          _____
Signature and stamp of the                        Signature and stamp of
judicial or other adjudicatory                     the Central Authority
authority of the State of Origin                   of the State of Origin

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE
INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM C

CERTIFICATE OF EXECUTION[1]

To: U.S. District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

(Name and address of judicial or other adjudicatory
authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*    A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\*   (1)   In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

_____

_____

_____

\*   (2)   By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*   (3)   If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

_____

---

[1] Complete the original and one copy in the language of the State of destination.
\* Delete if inapplicable.

-7-

* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person

_____

Relationship to the addressee _____

(Family, business or other)

* C. That the documents attached to the Certificate have not been served or delivered for the
  *following reason(s):

_____

* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is
  requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20_____

_____
Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or
copies of any additional documents proving
service or delivery, and identify them.

_____

* Delete if inapplicable.

-7-